BRYAN *vs.* WHEATLEY; BENTLEY *vs.* VEAL, executor, *et al.;* REED *vs.* HAWKS *et al.*

There was no error in refusing an injunction in these cases.

———————

HAWKINS *vs.* THE STATE OF GEORGIA; DELAPERIERE *vs.* THE STATE OF GEORGIA; BAKER *vs.* THE STATE OF GEORGIA; SILVY *vs.* THE STATE OF GEORGIA; BOZEMAN *vs.* OWEN; DODSON *vs.* THE STATE OF GEORGIA; HOOKS *vs.* STATE OF GEORGIA.

The verdict is supported by the evidence in each of these cases.